ECF CASE

08 CV 3000

UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SHLOMO GAVEY

                             Plaintiff,          Case No._____

       -v-                               **RULE 7.1 STATEMENT**

ISRAEL GOLDBERG, ISRAEL GOLDBERG
PLLC, GOLBERG & RIMBERG
COUNSELORS AT LAW PLLC, GOLBERG,
RIMBERG & FRIEDLANDER, PLLC,

                             Defendant.
-------------------------------------------------------X

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None

Date:  New York, New York
         March 24, 2008

                                                Nathan M. Ferst

                                                By:_____
                                                Nathan M. Ferst NMF9655
                                                Attorney for Plaintiff
                                                350 Fifth Avenue – Suite 1000
                                                New York, New York 10118
                                                212-683-8055

d-67-61

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHLOMO GAVEY,                                        Civ. File No.

                    Plaintiff,

    -against-

ISRAEL GOLDBERG, ISRAEL GOLDBERG
PLLC, GOLBERG & RIMBERG
COUNSELORS AT LAW PLLC, GOLBERG,
RIMBERG & FRIEDLANDER, PLLC,

                    Defendant.
------------------------------------------------------------X

**RULE 7.1 STATEMENT**

NATHAN M. FERST
ATTORNEY FOR PLAINTIFF

By:_____
Nathan M. Ferst NMF9655
350 FIFTH AVENUE, SUITE 1000
NEW YORK, NEW YORK 10118
(212) 683-8055

d-67-62