UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
SHLOMO GAVEY,

                *Plaintiff,,*

   -against-

ISRAEL GOLDBERG, ISRAEL GOLDBERG PLLC,
GOLDBERG & RIMBERG COUNSELORS AT LAW
PLLC, GOLDBERG, RIMBERG & FRIEDLANDER
PLLC,

                *Defendants.*
------------------------------------------------------------------- x

Case No.: 08 Civ. 3000

(JES)

**NOTICE OF APPEARANCE**

Defendants, ISRAEL GOLDBERG, ISRAEL GOLDBERG PLLC, GOLDBERG & RIMBERG COUNSELORS AT LAW PLLC, GOLDBERG, RIMBERG & FRIEDLANDER PLLC through its attorneys KAUFMAN BORGEEST & RYAN LLP, hereby appear in the above-entitled action.

Dated: New York, New York
       May 5, 2008

                                  Yours, etc.,

                                  KAUFMAN BORGEEST & RYAN LLP

                                  By: _____
                                  Andrew S. Kowlowitz, Esq.
                                  Attorneys for Defendants
                                  99 Park Avenue, 19th Floor
                                  New York, New York 10019
                                  Telephone No.: (212) 980-9600
                                  Facsimile: (212) 980-9261
                                  E-Mail: akowlowitz@kbrlaw.com
                                  Our File No. 210.052

TO: Nathan M. Ferst
Attorney for Plaintiff
SHLOMO GAVEY
350 Fifth Avenue-Suite 1000
New York, New York 10118
(212) 683-8055