Form 02 - SUITABLE AGE           AETNA CENTRAL JUDICIAL SERVICES
       **NATHAN M. FERST ESQ.**
       ATTN:
U.S.SOUTHERN DIST. COURT    NEW YORK   COUNTY
------------------------------------------------------

| | |
|---|---|
| SHLOMO GAVEY                           plaintiff | Index No. **08CV3000JES** |
| | Date Filed  ........... |
| - against - | |
| | Office No. |
| ISRAEL GOLDBERG, ETAL              defendant | Court Date:    /   / |

------------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:
**HARRY TORRES**     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the State of New York. That on the
**14th** day of **April, 2008   11:00 AM**              at
   **115 BROADWAY, STE 302**
   **NEW YORK, NY 10006**
I served the   **AMENDED SUMMONS AND AMENDED COMPLAINT**
               **JUDGES RULES**
               **RULES OF JUDGE SPRIZZO, THE 3RD AMENDED**
               **INSTRUCTIONS FOR ELECTRONIC FILING**
upon **ISRAEL GOLDBERG**
the **DEFENDANT**   therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
     **AMANDA RIVERA, CO-WORKER**
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
**SEX: FEMALE   COLOR: WHITE    HAIR: BROWN      AGE: 25   HEIGHT: 5:4    WEIGHT: 140**
OTHER IDENTIFYING FEATURES:
On **04/16/2008** I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT**
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
16th   day of  April         2008k                    ......./H/T/..............
BRETT GOLUB                                           HARRY TORRES   0915257
Notary Public, State of New York                      AETNA   CENTRAL   JUDICIAL   SERVICES
   No.01G06129491                                     225 BROADWAY, SUITE 1802
Qualified in NASSAU                                   NEW YORK, NY, 10007
Commission Expires 06/27/2009                         Reference No: 3NMF121704

```
Form 02 - SUITABLE AGE              AETNA CENTRAL JUDICIAL SERVICES
            NATHAN M. FERST ESQ.
      ATTN:
U.S. SOUTHERN DIST. COURT    NEW YORK    COUNTY
---------------------------------------------------
                                              Index No. 08CV3000JES
SHLOMO GAVEY                       plaintiff
                                              Date Filed ............
            - against -
                                              Office No.
ISRAEL GOLDBERG, ETAL              defendant
                                              Court Date:    /  /
---------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:
HARRY TORRES       being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
14th day of April, 2008   11:00 AM           at
     BY ISRAEL GOLDBERG, PRINCIPAL, 115 BROADWAY,
     STE 302, NEW YORK, NY 10006
I served the    AMENDED SUMMONS AND AMENDED COMPLAINT
                JUDGES RULES
                RULES OF JUDGE SPRIZZO, THE 3RD AMENDED
                INSTRUCTIONS FOR ELECTRONIC FILING
upon ISRAEL GOLDBERG PLLC
the PRINCIPAL    therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
       AMANDA RIVERA, PERSON IN CHARGE
 a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: FEMALE   COLOR: WHITE    HAIR: BROWN   AGE: 25  HEIGHT: 5:4   WEIGHT: 140
OTHER IDENTIFYING FEATURES:
On 04/16/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
PRINCIPAL   at the above address. That address being
actual place of employment of the PRINCIPAL  .
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether PRINCIPAL
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the PRINCIPAL is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
16th  day of  April,       2008k            ..................................
                                            HARRY TORRES   0915257
BRETT GOLUB                                 AETNA   CENTRAL  JUDICIAL   SERVICES
Notary Public, State of New York            225 BROADWAY, SUITE 1802
   No.01G06129491                           NEW YORK, NY, 10007
Qualified in NASSAU                         Reference No: 3NMF121705
Commission Expires 06/27/2009
```

```
Form 02 - SUITABLE AGE         AETNA CENTRAL JUDICIAL SERVICES
         NATHAN M. FERST ESQ.
         ATTN:
U.S.SOUTHERN DIST. COURT    NEW YORK    COUNTY
-----------------------------------------------------
                                              Index No. 08CV3000JES
SHLOMO GAVEY                       plaintiff
                                              Date Filed ............
             - against -
                                              Office No.
ISRAEL GOLDBERG, ETAL              defendant
                                              Court Date:   / /
-----------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:
HARRY TORRES    being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
14th day of April, 2008   11:00 AM              at
    BY:ISRAEL GOLDBERG, PRINCIPAL, 115 BROADWAY
    STE 302, NEW YORK, NY 10006
I served the   AMENDED SUMMONS AND AMENDED COMPLAINT
               JUDGES RULES
               RULES OF JUDGE SPRIZZO, THE 3RD AMENDED
               INSTRUCTIONS FOR ELECTRONIC FILING
upon GOLDBERG & RIMBERG COUNSELORS AT LAW PLLC
the PRINCIPAL    therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    AMANDA RIVERA, PERSON IN CHARGE
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: FEMALE   COLOR: WHITE    HAIR: BROWN    AGE: 25   HEIGHT: 5:4   WEIGHT: 140
OTHER IDENTIFYING FEATURES:
On 04/16/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
PRINCIPAL   at the above address. That address being
actual place of employment of the PRINCIPAL .
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether PRINCIPAL
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the PRINCIPAL is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
16th  day of  April,          2008k              ................................
BRETT GOLUB                                      HARRY TORRES  0915257
Notary Public, State of New York                 AETNA  CENTRAL  JUDICIAL  SERVICES
    No.01G06129491                               225 BROADWAY, SUITE 1802
Qualified in NASSAU                              NEW YORK, NY, 10007
Commission Expires 06/27/2009                    Reference No: 3NMF121706
```

Form 02 - SUITABLE AGE                AETNA CENTRAL JUDICIAL SERVICES
             **NATHAN M. FERST ESQ.**
        ATTN:
U.S.SOUTHERN DIST. COURT     NEW YORK   COUNTY
----------------------------------------------------

SHLOMO GAVEY                              plaintiff     Index No. **08CV3000JES**

                                                        Date Filed ............
              - against -
                                                        Office No.

ISRAEL GOLDBERG, ETAL                     defendant
                                                        Court Date:    / /

----------------------------------------------------

    STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
**HARRY TORRES**     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
**14th** day of April, 2008   11:00 AM           at
    BY:ISRAEL GOLDBERG, PRINCIPAL, 115 BROADWAY,
    STE 302, NEW YORK, NY 10006
I served the   AMENDED SUMMONS AND AMENDED COMPLAINT
               JUDGES RULES
               RULES OF JUDGE SPRIZZO, THE 3RD AMENDED
               INSTRUCTIONS FOR ELECTRONIC FILING
upon GOLDBERG, RIMBERG & FRIEDLANDER, PLLC
the PRINCIPAL    therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    **AMANDA RIVERA, PERSON IN CHARGE**
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: **FEMALE**  COLOR: **WHITE**   HAIR: **BROWN**    AGE: **25**  HEIGHT: **5:4**    WEIGHT: **140**
OTHER IDENTIFYING FEATURES:
On **04/16/2008** I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
PRINCIPAL   at the above address. That address being
**actual place of employment of the** PRINCIPAL .
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether PRINCIPAL
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the PRINCIPAL is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
16th  day of  April,        2008k                ...................
BRETT GOLUB                                      HARRY TORRES  0915257
Notary Public, State of New York                 AETNA  CENTRAL  JUDICIAL   SERVICES
  No.01G06129491                                 225 BROADWAY, SUITE 1802
Qualified in NASSAU                              NEW YORK, NY, 10007
Commission Expires 06/27/2009                    Reference No: 3NMF121707