UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

SHLOMO GAVEY,

                *Plaintiff,,*

    -against-

ISRAEL GOLDBERG, ISRAEL GOLDBERG PLLC,
GOLDBERG & RIMBERG COUNSELORS AT LAW
PLLC, GOLDBERG, RIMBERG & FRIEDLANDER
PLLC,

                *Defendants.*
--------------------------------------------------------------- x

Case No.: 08 Civ. 3000

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties herein, that the time for Defendants to respond to the Plaintiffs' Complaint is hereby extended up to and including June 5, 2008.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that Defendants agree to waive the defense of lack of personal jurisdiction and subject matter jurisdiction.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** by and between the parties that to the extent the Defendant(s) assert counter-claims, Defendants hereby agree to provide Plaintiff a like extension of time in which to respond.

**IT IS FURTHER STIPULATED AND AGREED** that fax signatures shall be deemed originals for the purposes of this Stipulation.

Dated: New York, New York
May 5, 2008

By: _____
Kaufman Borgeest & Ryan LLP
Andrew S. Kowlowitz, Esq.
Attorneys for Defendants
99 Park Avenue, 19th Floor
New York, New York 10016
(212) 980-9600

By: _____
Nathan M. Ferst NMF9655
Attorneys for Plaintiff
SHLOMO GAVEY
350 Fifth Avenue-Suite 1000
New York, New York 10118
(212) 683-8055

*So Ordered*

*John E. Sprizzo*

5-13-08

2