UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHLOMO GAVEY,      Case No. 08 CV 3000 JES

               Plaintiff,

      -against-            **RULE 7.1 STATEMENT**

ISRAEL GOLDBERG, ISRAEL GOLDBERG
PLLC, GOLDBERG & RIMBERG
COUNSELORS AT LAW PLLC, GOLDBERG,
RIMBERG & FRIEDLANDER, PLLC,

               Defendants.
-----------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants, ISRAEL GOLDBERG PLLC, GOLDBERG & RIMBERG COUNSELORS AT LAW PLLC, GOLDBERG RIMBERG & FRIEDLANDER, PLLC, private (non-governmental) parties, certify that the corporate Defendants are not publicly held and have no corporate parents, subsidiaries, or affiliates that are publicly held.

Dated: New York, New York
       June 5, 2008

Respectfully Submitted,

KAUFMAN BORGEEST & RYAN LLP

By: _____
A. Michael Furman, Esq.
Andrew S. Kowlowitz, Esq.
*Attorneys for Defendants*
99 Park Avenue
New York, New York 10016
Telephone: (212) 980-9600
File No.: 210.047

TO: Nathan M. Ferst, Esq.
      Attorney for Plaintiff
      350 Fifth Avenue, Suite 1000
      New York, New York 10118
      (212) 683-8055