## CERTIFICATE OF SERVICE

This is to certify that true and correct copies of the foregoing: **RULE 7.1 STATEMENT** was served via regular mail on the 5th day of June 2008 upon:

Nathan M. Ferst
Attorney for Plaintiff
SHLOMO GAVEY
350 Fifth Avenue-Suite 1000
New York, New York 10118

_____
ANDREW S. KOWLOWITZ