UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHLOMO GAVEY,

                        Plaintiff,

     -against-

ISRAEL GOLDBERG, ISRAEL GOLDBERG
PLLC, GOLDBERG & RIMBERG
COUNSELORS AT LAW PLLC, GOLDBERG,
RIMBERG & FRIEDLANDER, PLLC,

                        Defendants.
------------------------------------------------------------X

Civ. File No. 08 CV 3000

**NOTICE OF DEPOSITION**

     PLEASE TAKE NOTICE, that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the attorney for Plaintiff, Shlomo Gavey, will take the deposition upon oral examination of Defendant Israel Goldberg on July 31, 2008 at 10:00 a.m. The deposition will be conducted at the law offices of Nathan M. Ferst, Esq., 350 Fifth Avenue, Suite 1000, New York, New York 10118 before a notary public or other disinterested and unrelated person duly authorized to administer oaths.

     The deposition will continue from day to day or on such other days as are mutually convenient until completed. You are invited to attend and cross-examine.

Dated: New York, New York
         May 30, 2008

                                               Nathan M. Ferst (9655)

                                               By:_____
                                               Attorney for Plaintiff Shlomo Gavey
                                               350 Fifth Avenue, Suite 1000
                                               New York, New York 10118
                                               (212) 683-8055

d-68-70