UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Garvey

                              Plaintiff,

          -against-                                      1:08 CIVIL 3000 ( )

Goldberg et al. Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Andrew S. Kowlowitz__

☐ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __4131710__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: __Kaufman Borgeest & Ryan LLP__

    To: __Furman Kornfeld & Brennan LLP__

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ Address: __545 Fifth Ave, Suite 401 NY, NY. 10017__
☐ Telephone Number: __212-867-4100__
☐ Fax Number: __212-867-4148__
☐ E-Mail Address: __AKowlowitz@FKBLLP.com__

Dated: _____                   /s/ _____