UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHLOMO GAVEY,

                    Plaintiff,

      -against-

ISRAEL GOLDBERG, ISRAEL GOLDBERG
PLLC, GOLDBERG & RIMBERG
COUNSELORS AT LAW PLLC, GOLDBERG,
RIMBERG & FRIEDLANDER, PLLC,

                    Defendant.
-------------------------------------------------------------X

Civ. File No. 08 CV 3000

**STIPULATION**



IT IS HEREBY STIPULATD AND AGREED by and between the undersigned attorneys for the respective parties hereto that:

    (a)    the Conference presently scheduled to be held on June 24, 2008 at 3:00 p.m. before the Hon. John E. Sprizzo, U.S.D.J. is hereby adjourned until October 2, 2008 at 3:00 p.m.;

    (b)    the parties shall conduct their first round of discovery during the above period; and

    (c)    fax signatures shall be deemed originals for the purpose of this Stipulation.

Dated: New York, New York
          June 20, 2008

NATHAN M. FERST
Attorney for Plaintiff

By:_____
Nathan M. Ferst NMF9655
350 Fifth Avenue, Suite 1000
New York, New York 10118
(212) 683-8055

d-68-77

FURMAN KORNFELD & BRENNAN
Attorneys for Defendant

By: _____
Andrew Kowlowitz
545 Fifth Avenue, Suite 401
New York, New York 10017
(212) 867-4100


SO ORDERED:

_____
U.S.D.J.

7-1-08

d-68-77