```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SHLOMO GAVEY,

                Plaintiff,

        - against -                          08 Civ. 3000 (JES)

ISRAEL GOLDBERG, ISRAEL GOLDBERG              ORDER
PLLC, GOLBERG & RIMBERG
COUNSELORS AT LAW PLLC, GOLBERG,
RIMBERG & FRIEDLANDER PLLC,

                Defendant(s).
----------------------------------------X
```

The above-captioned action having appeared before the Court, and defendants having sought leave of the Court to file a Third-Party Complaint, and the Court having considered all matters raised, it is

**ORDERED** that defendants shall file their Motion in support of leave to file a Third-Party Complaint, not to exceed ten (10) pages, on or before August 22, 2008; and it is further

**ORDERED** that the Court will review such Motion and advise whether a Response and Oral Argument are necessary, and it is further

**ORDERED** that a Pre-Trial Conference shall occur on October 2, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:    New York, New York
          July 28, 2008

                                        _____
                                              John E. Sprizzo
                                        United States District Judge

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/28/08]