```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
SHLOMO GAVEY,

                        Plaintiff,

        - against -                              08 Civ. 3000 (JES)

ISRAEL GOLDBERG, ISRAEL GOLDBERG                 ORDER
PLLC, GOLBERG & RIMBERG
COUNSELORS AT LAW PLLC, GOLBERG,
RIMBERG & FRIEDLANDER PLLC,

                        Defendant(s).
------------------------------------------X
```

The above-captioned action having come before the Court, and plaintiff having sought leave of the Court to move for appropriate relief in light of defendants' alleged failure and refusal to comply with their outstanding discovery obligations, and the Court having considered all matters raised, it is

**ORDERED** that plaintiff shall be and hereby is granted leave to submit his Motion, not to exceed twenty five (25) pages, on or before September 9, 2008; and it is further

**ORDERED** that defendants shall submit their Response to plaintiff's Motion, not to exceed twenty five (25) pages, on or before October 7, 2008; and it is further

**ORDERED** that Oral Argument shall occur on November 5, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:   New York, New York
         August  12 , 2008

                                         _____
                                         for  John E. Sprizzo
                                         United States District Judge