## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing: **NOTICE OF MOTION SEEKING LEAVE TO FILE A THIRD PARTY COMPLAINT** was served via regular mail on the 22nd day of August 2008 upon:

Nathan M. Ferst, Esq.
Attorney for Plaintiff
350 Fifth Avenue, Suite 1000
New York, New York 10118

_____
ANDREW S. KOWLOWITZ