UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SHLOMO GAVEY,                                    Case No. 08 CV 3000 JES

               *Plaintiff,*

    -*against*-
                                                NOTICE OF MOTION

ISRAEL GOLDBERG, ISRAEL GOLDBERG PLLC,
GOLDBERG & RIMBERG COUNSELORS AT LAW
PLLC, GOLDBERG, RIMBERG & FRIEDLANDER
PLLC,

               *Defendants.*
------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, together with the exhibits annexed thereto, Defendants ISRAEL GOLDBERG, ISRAEL GOLDBERG PLLC, GOLDBERG & RIMBERG COUNSELORS at LAW PLLC, GOLDBERG, RIMBERG & FRIEDLANDER PLLC, will move this Court, before the Honorable John E. Sprizzo, United States District Court, Southern District of New York, 500 Pearl Street New York, New York 10007, on a date and time to be determined by the Honorable Court for leave, as Third-Party Plaintiffs, to cause to be served upon Third-Parties, NATHAN M. FERST, ESQ., ABRAHAM INDURSKI, ESQ., and ARIE E. DAVID, ESQ., a summons and Third-Party Complaint.

Dated: New York, New York
August 22, 2008

                    FURMAN KORNFELD & BRENNAN LLP

By:   A. Michael Furman
       Andrew S. Kowlowitz
       Attorneys for Defendants
       545 Fifth Avenue, Suite 401
       New York, New York 10017
       Telephone No.: (212) 867-4100
       FKB File No.: 302.002